B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arcadia Manufacturing Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**14-1630770** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**80 Cohoes Avenue<br>Green Island, NY** | | Street Address of Joint Debtor (No. and Street, City, and State): | |
|---|---|---|---|
| | ZIP Code<br>**12183** | | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Albany** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): | |
| | ZIP Code | | ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** | |
|---|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). | |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,000<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Arcadia Manufacturing Group, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Arcadia Manufacturing Group, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Justin A. Heller**
Signature of Attorney for Debtor(s)

**Justin A. Heller 103632**
Printed Name of Attorney for Debtor(s)

**Nolan & Heller, LLP**
Firm Name

**39 North Pearl Street, 3rd Floor**
**Albany, NY 12207**
Address

**518-449-3300  Fax: 518-432-3123**
Telephone Number

**October 25, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ William T. Sumner**
Signature of Authorized Individual

**William T. Sumner**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**October 25, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re    **Arcadia Manufacturing Group, Inc.**            Case No. _____
Debtor(s)          Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Admiral Metals**<br>**11 Forbes Road**<br>**Woburn, MA 01801** | **Admiral Metals**<br>**11 Forbes Road**<br>**Woburn, MA 01801** | **Vendor** | | **56,400.05** |
| **Albany County Business Development Corp.**<br>**Five Computer Drive South**<br>**Albany, NY 12205-1608** | **Albany County Business Development Corp.**<br>**Five Computer Drive South**<br>**Albany, NY 12205-1608** | | | **301,002.40**<br><br>**(165,000.00 secured)** |
| **Albany Steel**<br>**P.O. Box 4006**<br>**Albany, NY 12204** | **Albany Steel**<br>**P.O. Box 4006**<br>**Albany, NY 12204** | **Vendor** | | **30,796.47** |
| **American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | **American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | **Vendor** | | **37,575.80** |
| **Barton Mines Corp., LLC**<br>**Six Warren Street**<br>**Glens Falls, NY 12801** | **Barton Mines Corp., LLC**<br>**Six Warren Street**<br>**Glens Falls, NY 12801** | **Vendor** | | **443,175.74** |
| **BST Capital Advisors**<br>**26 Computer Drive West**<br>**Albany, NY 12205** | **BST Capital Advisors**<br>**26 Computer Drive West**<br>**Albany, NY 12205** | **Vendor** | | **35,388.00** |
| **Camtech Precision Manufacturing Inc.**<br>**15 Brookfield Place**<br>**Auburn, NY 13021** | **Camtech Precision Manufacturing Inc.**<br>**15 Brookfield Place**<br>**Auburn, NY 13021** | **Vendor** | | **57,484.88** |
| **Capital District Physician's Health Plan**<br>**Patroon Creek Corp. Center**<br>**1223 Washington Avenue**<br>**Albany, NY 12206** | **Capital District Physician's Health Plan**<br>**Patroon Creek Corp. Center**<br>**1223 Washington Avenue**<br>**Albany, NY 12206** | **Vendor** | | **28,678.04** |
| **Citizens Bank**<br>**1 Citizens Drive**<br>**Riverside, RI 02915-3000** | **Citizens Bank**<br>**1 Citizens Drive**<br>**Riverside, RI 02915-3000** | **Vendor** | | **37,927.07** |
| **Corepay Inc.**<br>**Wells Fargo Business Credit**<br>**P.O. Box 202056**<br>**Dallas, TX 75320-2056** | **Corepay Inc.**<br>**Wells Fargo Business Credit**<br>**P.O. Box 202056**<br>**Dallas, TX 75320-2056** | **Vendor** | | **39,131.30** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Arcadia Manufacturing Group, Inc.**          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Gray Robinson**<br>**301 E. Pine Street, Suite 1400**<br>**Orlando, FL 32802** | **Gray Robinson**<br>**301 E. Pine Street, Suite 1400**<br>**Orlando, FL 32802** | **Vendor** | | **30,238.38** |
| **Green Island Properties, LLC**<br>**P.O. Box 98**<br>**Guilderland Center, NY 12085-0098** | **Green Island Properties, LLC**<br>**P.O. Box 98**<br>**Guilderland Center, NY 12085-0098** | | | **159,877.17** |
| **Hadco**<br>**130 Scott Road, Unit A**<br>**Waterbury, CT 06705** | **Hadco**<br>**130 Scott Road, Unit A**<br>**Waterbury, CT 06705** | **Vendor** | | **38,309.55** |
| **Industrial Paint Services Corp.**<br>**60-62 W. Main Street**<br>**Owego, NY 13827** | **Industrial Paint Services Corp.**<br>**60-62 W. Main Street**<br>**Owego, NY 13827** | **Vendor** | | **95,575.96** |
| **Noble Gas Solutions**<br>**20 Center Street**<br>**Albany, NY 12204-5226** | **Noble Gas Solutions**<br>**20 Center Street**<br>**Albany, NY 12204-5226** | **Vendor** | | **32,740.77** |
| **Olympic Steel**<br>**One Eastern Steel Road**<br>**Milford, CT 06460** | **Olympic Steel**<br>**One Eastern Steel Road**<br>**Milford, CT 06460** | **Vendor** | | **78,562.85** |
| **Ryerson-Thypin**<br>**45 Saratoga Boulevard**<br>**Devens, MA 01432** | **Ryerson-Thypin**<br>**45 Saratoga Boulevard**<br>**Devens, MA 01432** | **Vendor** | | **268,855.66** |
| **Samuel Speciality Metals**<br>**21 Marway Circle**<br>**Rochester, NY 14624** | **Samuel Speciality Metals**<br>**21 Marway Circle**<br>**Rochester, NY 14624** | **Vendor** | | **324,485.26** |
| **Tucker Industrial Liquid Coat**<br>**407 North Avenue**<br>**East Berlin, PA 17316** | **Tucker Industrial Liquid Coat**<br>**407 North Avenue**<br>**East Berlin, PA 17316** | **Vendor** | | **32,086.25** |
| **Yarde Metals**<br>**45 Newell Street**<br>**Southington, CT 06489-1424** | **Yarde Metals**<br>**45 Newell Street**<br>**Southington, CT 06489-1424** | **Vendor** | | **54,940.13** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 25, 2011**          Signature   **/s/ William T. Sumner**

                                                             **William T. Sumner**<br>                                                             **Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re  **Arcadia Manufacturing Group, Inc.** ,

Debtor

Case No.

Chapter  **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**14-1630770**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Justin A. Heller** , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:  **October 25, 2011**

**/s/ Justin A. Heller**

**Justin A. Heller**
Attorney for Debtor/Petitioner
(Debtor(s)/Petitioner(s))

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                                          Best Case Bankruptcy

3-S Realty
80 Cohoes Avenue
Green Island, NY 12183


4M Precision Stamping, Inc.
4000 Technology Park Boulevard
Auburn, NY 13021


A Duie Pyle
P.O. Box 564
West Chester, PA 19381-0564


A.E. Rosen Electric
883 Brodway
Albany, NY 12207


Abrasive Tool Corporation
1555 Emerson Street
Rochester, NY 14606-3197


Accurate Paint & Powder Coating
10 Cairn Street
Rochester, NY 14611


Accustream, Inc.
309 5th Avenue NW
New Brighton, MN 55112


Adam Ross Cut Stone
1003 Broadway
Albany, NY 12204


Admiral Metals
11 Forbes Road
Woburn, MA 01801


Aero Enterprises, Inc.
431 Duquette Road
West Chazy, NY 12992


Aerodyne Alloys, LLC
125 South Satellite Road
Boston, MA 02206

Ain Plastics Inc.
249 East Sandford Boulevard
P.O. Box 151
Mount Vernon, NY 10550


Airgas East
P.O. Box 7777-W4880
Philadelphia, PA 19175


Albany County Business Development Corp.
Five Computer Drive South
Albany, NY 12205-1608


Albany Steel
P.O. Box 4006
Albany, NY 12204


Albany Treasurer's Office
24 Eagle Street, #110
Albany, NY 12207


All Lifts Inc.
27-39 Thatcher Street
Albany, NY 12207


Alpha Abrasive Blasting
58 Pershing Avenue
Poughkeepsie, NY 12601


Altamont Spray Welding
133 Lewis Road
Altamont, NY 12009


American Boiler Tank & Welding
53 Pleasant Street
Albany, NY 12207-1317


American Express
P.O. Box 1270
Newark, NJ 07101-1270


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

ATEC Group
1762 Central Avenue
Albany, NY 12205


Atlas Bronze
445 Bunting Avenue
Trenton, NJ 08611


Barton Mines Corp., LLC
Six Warren Street
Glens Falls, NY 12801


Bear Transportation Services
P.O. Box 671020
Dallas, TX 75267-1020


Bee Business Forms
817 Eastern Avenue
Schenectady, NY 12308-3296


Bellevue Builders Supply, Inc.
500 Duanesburg Road
Schenectady, NY 12306


Blanchard Industrial Supplies Inc.
422 Riber Street
Troy, NY 12180


BST Capital Advisors
26 Computer Drive West
Albany, NY 12205


Business Partners
125 Wolf Road, Suite 205
Albany, NY 12205


Business Week
Customer Service Department
P.O. Box 53235
Boulder, CO 80322-3235


C.H. Robinson Company
P.O. Box 9121
Minneapolis, MN 55480-9121

Camtech Precision Manufacturing Inc.
15 Brookfield Place
Auburn, NY 13021

Capital District Physician's Health Plan
Patroon Creek Corp. Center
1223 Washington Avenue
Albany, NY 12206

Cardinal Data Products, Inc.
457 Madison Avenue
Albany, NY 12210

Cardish Machine Works
7 Elm Street
Watervliet, NY 12189

Catseye Pest Control, Inc.
31 Commercial Drive
Castleton on Hudson, NY 12033

Chris Coffee Service, Inc.
10 Corporate Circle
Albany, NY 12203

Citizens Bank
1 Citizens Drive
Riverside, RI 02915-3000

Citizens Bank
28 State Street
Boston, MA 02109

CME Contract Manufacturing Engineering
Attn: Dale Roberts
4374 State Route 31
Palmyra, NY 14522

Conway Transportation Services
P.O. Box 642080
Pittsburgh, PA 15264-2080

Copper & Brass Sales Inc.
34 Barnes Industrial Road
Wallingford, CT 06492

Corepay Inc.
2A Halfmoon Executive Park Drive, Ste. A
Clifton Park, NY 12065


Corepay Inc.
Wells Fargo Business Credit
P.O. Box 202056
Dallas, TX 75320-2056


Culligan of the Hudson Valley
6 Spring Avenue
P.O. Box 1148
Troy, NY 12181-1148


D B Roberts Company
2 Townline Circle
Rochester, NY 14623


D&W Diesel, Inc.
51 Sicker Road
Latham, NY 12110


D.A. Bennett, Inc.
341 Delaware Avenue
Delmar, NY 12054


Dagen Trucking
P.O. Box 15
Newtonville, NY 12128


Dell Computer Corp.
One Dell Way
Round Rock, TX 78682


DLS Quality Management, Inc.
108 Hallmore Drive
Camillus, NY 13031


Doreen Matayoshi
102 Brownstone Court
Gansevoort, NY 12831-1256


DSC Security Centers
P.O. Box 38216
Albany, NY 12203

East Coast Refinishing & Surface Strippi
4 Industrial Drive
Pittsfield, MA 01201


EBBCO Inc.
51536 Industrial Drive
New Baltimore, MI 48047


Elevator Sales and Service Inc.
40 Pleasant Street
Albany, NY 12207


Elmira Heat Treating
407 S. Kinyon Street
Elmira, NY 14904


Empire Elevator
Van Allen Park
111 Delaware Avenue
Rensselaer, NY 12144


ENTEC Consultants
1200 New Loudon Road
Cohoes, NY 12047


Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612


Exxon Mobil
P.O. Box 103143
Roswell, GA 30076


F & J Service
8 Cambridge Drive
Clifton Park, NY 12065


F.W. Webb
160 Middlesex Turnpike
Bedford, MA 01730


Fabory Grand Rapids
8715 Byron Commerce Road SW, Suite A
Byron Center, MI 49315

Falcon Aeorspace
Meridan Business Campus #180
3350 Enterprise Avenue
Weston, FL 33331


Family & Childeren's Service
650 Warren Street
Albany, NY 12208


Fastenal Company
1074 Broadway
Albany, NY 12204


Federal Express
P.O. Box 371461
Pittsburgh, PA 15250-7461


Federal Express Freight
P.O. Box 840
Harrison, AR 72602-0840


Ferrellgas
2390 State Highway 67
Johnstown, NY 12095


FP Mailing Solutions
P.O. Box 0505 (CMRS-ST)
Carol Stream, IL 60132


Frank Beleglow
14 Esopus Drive
Clifton Park, NY 12065


Gartner Equipment Company, Inc.
302 Sand Street
Syracuse, NY 13218-1199


GE Information Services
P.O. Box 640371
Pittsburgh, PA 15264-0371


Global Shop Solutions, Inc.
975 Evergeen Circle
The Woodlands, TX 77380

GMA Garnet
480 N. Sam Houston Parkway E.
Houston, TX 77060


Grainger
35 Corporate Circle
Albany, NY 12203-5154


Gray Robinson
301 E. Pine Street, Suite 1400
Orlando, FL 32802


Green Island Properties, LLC
P.O. Box 98
Guilderland Center, NY 12085-0098


Groupe J.L. Leclerc Inc.
4919 Route Marie-Victorin
Saint-Antoine-De-Tilly
QC GOS 2C0, Canada


Guardian - Bethlehem
P.O. Box 824404
Philadelphia, PA 19182-4404


Hadco
130 Scott Road, Unit A
Waterbury, CT 06705


Hagen International & Associates, Inc.
1510 Boundary Boulevard, Suite 100
Auburn, WA 98001-6579


Hammell Crane Sales & Service
135 Upper Cady Road
Old Chatham, NY 12136


Harrison Industrial Supply, Inc.
P.O. Box 67
East Syracuse, NY 13057


Haun Welding Supply Inc.
5921 Court Street Road
Syracuse, NY 13206

HFO Allendale Machinery System
16 Park Way
Upper Saddle River, NJ 07458

Hi-Tech Industries of NY, Inc.
25 Ozalid Road
Johnson City, NY 13790

High Performance Alloys, Inc.
444 Wilson Street
P.O. Box 40
Tipton, IN 46072

Home Depot
P.O. Box 6029 (Dept. 32)
Atlanta, GA 30348-5991

Hoovers, Inc.
5800 Airport Boulevard
Austin, TX 78752

I&C Clean Metal Heat Transfer
473 Potterhill Road
Petersburg, NY 12138

IKON Financial Services
P.O. Box 41564
Philadelphia, PA 19101-1564

IKON Office Solutions
1612 NY Route 7
Troy, NY 12180

Industrial Paint Services Corp.
60-62 W. Main Street
Owego, NY 13827

International Waterjet Parts
1299 A. Street S.E.
Ephrata, WA 98823

Iron Mountain
P.O. Box 27128
New York, NY 10087-7128

J E Monahan Fabrication
559 Queensbury Avenue
Queensbury, NY 12804


J.H. Bennett
713 3rd Avenue
Watervliet, NY 12189


J.T. Mossey Electrical Contractors, Inc.
31 Perry Road
Troy, NY 12182


James T. Sumner
18 Witte Road
Albany, NY 12203


JJ Keller & Associates, Inc.
P.O. Box 548
Neenah, WI 54957-0548


K & E Plastics, Inc.
361 South Road
East Arlington, VT 05252-1554


Kaman Industria Technologies
301 Old Niskayuna Rd., Bldg. 3, Ste 240
Latham, NY 12110


Kivort Steel Inc.
380 Hudson River Road
Waterford, NY 12188


Klein Steel Service Inc.
105 VanGuard Parkway
Rochester, NY 14606


Lancaster Steel Service Co., Inc.
4662 Dey Road
Liverpool, NY 13088


Land Air Express of NE
P.O. Box 503
Williston, VT 05495-0503

Lang Stamp Co.
2000 Central Avenue
Albany, NY 12205


Leeco Steel Co.
8255 South Lemont Road, Suite 100
Darien, IL 60561


Leroy Holding
26 Main Street
Albany, NY 12204


Lincoln Electric Capital
P.O. Box 644235
Pittsburgh, PA 15264-4235


Marmon Keystone
One Clark Street
Southampton, MA 01073


Matthew Murphy
5 Harwick Drive
Glenmont, NY 12077


McMaster-Carr Supply Company
473 Ridge Road
Dayton, NJ 08810


McNichols Co.
P.O. Box 931099
Cleveland, OH 44193-0376


Mega Tool and Manufacturing
1023 Caton Avenue
Elmira, NY 14904


Metropolitan Life Insurance Company
P.O. Box 37652
Philadelphia, PA 19101-7652


Miller Mechanical Services
55-57 Walnut Street
Glens Falls, NY 12801

Moore Fire Extinguisher
P.O. Box 1511
Guilderland, NY 12084


Motion Industris, Inc.
132 Railroad Avenue Extension
Albany, NY 12205


MSC Industrial Supply Co.
75 Maxess Road
Melville, NY 11747


MTG, Inc.
85 Servistar Industrial Way
Westfield, MA 01085


National Court Reports, Inc.
16600 Sprague Road, #170
Cleveland, OH 44130-6318


National Grid
P.O. Box 11742
Newark, NJ 07101-4742


National Materials
2001 Dr. Thomas Boulevard
Arnold, PA 15068-2199


New Penn
24801 Network Place
Chicago, IL 60673-1248


Newark
P.O. Box 94151
Palatine, IL 60094-4151


Newco Products
16 Stonebreak Road
Malta, NY 12020


Nifty-Bar, Inc.
450 Whitney Road West
Penfield, NY 14526

Noble Gas Solutions
20 Center Street
Albany, NY 12204-5226

Nook Industries
4950 East 49th Street
Cleveland, OH 44125

Northeast Informaton System
880 Watervliet-Shaker Road
Albany, NY 12205

Northeast Orthopedics, LLP
121 Everett Road
Albany, NY 12205-1407

Nova Bus
260 Banker Road
Plattsburgh, NY 12901

NYS Corporation Tax
Processing Unit
P.O. Box 4136
Binghamton, NY 13902-4136

Occupational Health Centers
P.O. Box 20127
Cranston, RI 02920-0942

Olympic Steel
One Eastern Steel Road
Milford, CT 06460

Overhead Door of Albany, Inc.
15 Corporate Drive
Clifton Park, NY 12065

Par Systems
899 Highway 96 West
Shoreview, MN 55126

Parker Steel International
1819 Starr Avenue
Toledo, OH 43605

PCM Company
1431 Ferry Avenue
Camden, NJ 08104


Penn Stainless Products
190 Kelly Road
P.O. Box 9001
Quakertown, PA 18951


Plasan
222 Bowen Road
Bennington, VT 05201


Polished Metals
487 Hillside Avenue #5
Hillside, NJ 07205


Power Pallet
4715 State Highway 30
Amsterdam, NY 12010


Precision Valve
One Mustange Drive
Cohoes, NY 12047


Progressive Business Publications
370 Technology Drive
P.O. Box 3019
Malvern, PA 19355


Propak
62 Owlkill Road
Eagle Bridge, NY 12057


Protac, Inc.
445 Jean Clermong
Saint-Celestin, Quebec JOC 1G0, Canada


R&L Gloval Logistics
P.O. Box 405939
Atlanta, GA 30384-5939


Radwell International, Iinc.
111 Mount Holly Bypass
Lumberton, NJ 08048

Raloid
P.O. Box 551
Mechanicville, NY 12118


Ram Fabricating Corp.
412 Wavel Street
Syracuse, NY 13206


Ranor, Inc.
Bella Drive
P.O. Box 458
Westminster, MA 01473


Reliastar Life Insurance Company of NY
8098 Innovation Way
Chicago, IL 60682


Resource PI
P.O. Box 189
Woodstock, CT 06281


Restrooms of Albany, Inc.
547 Broadway
Watervliet, NY 12189


Robert James Sales
2585 Walden Avenue
P.O. Box 7999
Buffalo, NY 14225


Rolled Alloys, Inc.
125 West Sterns Road
P.O. Box 310
Temperance, MI 48182


Ross Valve Manufacturing Co., Inc.
75 102nd Street
Troy, NY 12180


Rowland J. Down
13 Airport Road
Scotia, NY 12302

Royal Plating
740 Crane Avenue
Pittsfield, MA 01201


Ryerson-Thypin
45 Saratoga Boulevard
Devens, MA 01432


Saar-Hartmetall, USA
1009 Mary Laidley Drive
Covington, KY 41017


Samuel Speciality Metals
21 Marway Circle
Rochester, NY 14624


Sawyer's Screen Painting
1623 2nd Avenue
Watervliet, NY 12189


Sendtek, Inc.
105 Lakehill Road, Suite 18
Burnt Hills, NY 12027


Sensoray Company, Inc.
7313 SW Tech Center Drive
Tigard, OR 97223


Service Experts
13 Airport Road
Scotia, NY 12302


Shaker Group, Inc.
862 Albany Shaker Road
Latham, NY 12110


Sixpro
1576 Rg, 10 Simpson
Bon-Conseil JOC1A0, Canada


Skorr Steel Co., Inc.
140 Stewart Avenue
Brooklyn, NY 11237

Snap Jaws Mfg.
33215 Dequindre Road
Troy, MI 48083


Specialty Saw Inc.
30 Wolcott Road
Simsbury, CT 06070


Stainless Processing, Inc.
1255 Manor Road
Coatesville, PA 19320


Staples
125 Mushroom Boulevard
P.O. Box 23500
Rochester, NY 14692-3600


Staples Industrial
500 Staples Drive
Framingham, MA 01702


Steel Pro Incorporated
P.O. Box 449
Rockland, ME 04841


Stockton, Barker & Meade
2 Tower Place, Suite 5
Albany, NY 12203


Straub Metal International
102 Solomon Street
Wilkes Barre, PA 18706


Superior Office Products
3108 Carman Road
Schenectady, NY 12303-4549


Superior Powder Coating
600 Progress Street
Elizabeth, NJ 07201


Surface Finish Technologies
215 Judson Street
Elmira, NY 14901

Teal's Express, Inc.
P.O. Box 6010
Watertown, NY 13601


Tech Valley Communications
3 E-Comm 2
Albany, NY 12207


Tech Valley Custom Packaging
12 Elmwood Road
Menands, NY 12204


The A588 and A572 Steel Co.
133 Sebago Lake Drive
Sewickley, PA 15143


The Hartford
P.O. Box 2907
Hartford, CT 06104-2907


Time Warner Cable Business Class
P.O. Box 368
East Syracuse, NY 13057-0368


Tri-Lift, Inc.
P.O. Box 120247
East Haven, CT 06512


Tri-State Machine
P.O. Box 633
New Lebanon, NY 12125


Tri-State Stainless
301 Oxford Valley Road, Suite 1506
Yardley, PA 19067


Troy Belting and Supply Co.
70 Cohoes Road
Watervliet, NY 12189


Troy Boiler
2800 7th Avenue
Troy, NY 12180-1587

Trumpf, Inc.
Farmington Industrial Park
1100 Hyde Road
Farmington, CT 06032


Tucker Industrial Liquid Coat
407 North Avenue
East Berlin, PA 17316


Unifirst Corporation
157 Troy Schenectady Road
Watervliet, NY 12189


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


United Performance Metals
f/k/a Ferguson Metals
12A Trowbridge Drive
Bethel, CT 06801


United Titanium
3450 Old Airport Road
Wooster, OH 44691


UPS Freight
P.O. Box 79755
Baltimore, MD 21279-0755


UPS Supply Chain Solutions
P.O. Box 800
Champlain, NY 12919


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673-1280


Van Alstine & Sons
18 New Cortland Street
Cohoes, NY 12047


Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408

W.B. Jones Spring Co., Inc.
140 South Street
Wilder, KY 41071


Waste Management
P.O. Box 15009
Albany, NY 12212-5009


Wells Fargo Financial Capital
Accounts Receivable
P.O. Box 7777
San Francisco, CA 94120-7777


Whiteman Osterman & Hanna
One Commerce Plaza
Albany, NY 12260


William T. Sumner
57 Spore Road
Delmar, NY 12054


WOH Cogvernment Solutions, LLC
Ronald Reagan Boulevard, Suite 700
1300 Pennsylvania Avenue
Washington, DC 20004


Workforce Compliance Associates, LLC
P.O. Box 5272
Albany, NY 12205


Yarde Metals
45 Newell Street
Southington, CT 06489-1424


Yellow Freight
P.O. Box 5901
Topeka, KS 66605-0901