# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Arcadia Manufacturing Group, Inc.<br><br>14−1630770<br>80 Cohoes Avenue<br>Green Island, NY 12183 | )<br>)<br>)<br>)Case Number: 11−13322−1−rel<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 11 |

## NOTICE OF DEADLINES

Notice is hereby given regarding missing documents;

Deficiency Deadlines Updated. Atty Disclosure Statement due 11/8/2011. Declaration Concerning Schedules due 11/8/2011. List of Equity Security Holders due 11/8/2011. Schedule A due 11/8/2011. Schedule B due 11/8/2011. Schedule D due 11/8/2011. Schedule E due 11/8/2011. Schedule F due 11/8/2011. Schedule G due 11/8/2011. Schedule H due 11/8/2011. Statement of Financial Affairs due 11/8/2011. Summary of schedules due 11/8/2011.Affidavit Pursuant to LR 2015 due by 10/31/2011. (Testa, Diane)

Debtor(s) are responsible for curing deficiencies. The responsibility for preparing, submitting, and monitoring a complete filing rests with the filer(s). Do not rely on the Clerk's office to alert you regarding deficient case filings.

Please note: ***This case may be dismissed without further notice or hearing if the above document(s) are not timely filed with the Court***. For individual debtors, a completed statement of compliance with the credit counseling requirement, (Exhibit D), must be submitted with the petition together with the Certificate of Credit Counseling (if required). If Official Form D states that the debtor is not required to receive a credit counseling briefing due to incapacity, disability or because the debtor is on active military duty in a military combat zone, it must be accompanied by a motion.

Date: 10/25/11

KIM F. LEFEBVRE
Clerk of the Bankruptcy Court